UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>EFRAIN FLORES,<br><br>            Defendant. | CR-10-6089-RMP-2<br><br>ORDER GRANTING MOTION<br>TO MODIFY RELEASE CONDITIONS<br><br>☑ Ct Rec 90 |

Mr. Flores motion to move to Colorado to be with his family is GRANTED, provided however, that Pretrial first visits the residence to confirm the residence plan is proper, and provided courtesy supervision can be provided by Pretrial in Colorado. All other conditions of release remain.

IS IT SO ORDERED.

DATED January 14, 2011.

                                s/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE

ORDER - 1